SEMNAR & HARTMAN, LLP
Babak Semnar, Esq. (SBN 224890)
Jared M. Hartman, Esq. (SBN 254860)
41707 Winchester Road, Suite 201
Temecula, CA 92590
(951) 293-4187 Telephone
(888) 819-8230 Facsimile

Attorneys for Plaintiff
KENDALL SCALLY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENDALL SCALLY, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DITECH FINANCIAL LLC.<br><br>Defendant. | Case No.: 3:16-cv-01992-WQH-WVG<br><br>**JOINT MOTION TO DISMISS INDIVIDUAL CLAIMS WITH PREJUDICE, PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE** |

**PLEASE TAKE NOTICE**, pursuant to the terms of settlement between the Parties, Plaintiff KENDALL SCALLY ("Plaintiff") and Defendant DITECH FINANCIAL LLC ("Defendant") jointly move to dismiss this matter.

///

///

///

///

///

///

1
**JOINT MOTION TO DISMISS**

1 | The individual claims filed are to be dismissed WITH prejudice, and the putative class claims
2 | are to be dismissed WITHOUT prejudice.  Each Party is to bear its own costs and fees.

4 |  Dated: 08-09-2018                              Respectfully submitted,

6 |                                                    */s/ Jared M. Hartman*
7 |                                                    Jared M. Hartman, Esq.
                                                       SEMNAR & HARTMAN, LLP
8 |                                                    Attorneys for Plaintiff

9 |                                                    */s/ Justin J. Kontul*
                                                       Justin J. Kontul, Esq.
10 |                                                   Reed Smith LLP
                                                       Attorneys for Defendant

# PROOF OF SERVICE

Scally v. Ditech Financial, LLC **Case No.:** 3:16-cv-01992-WQH-WVG

I am employed in the County of Riverside, State of California. I am over the age of 18 and am not a party to the within action; my business address is 41707 Winchester Road, Suite 201, Temecula, CA 92590. On the date provided below, I served the foregoing document described below on the interested parties in this action by placing same in a sealed envelope. **JOINT MOTION TO DISMISS** was served on:

| Mathew M. Wrenshall<br>Perry A. Napolitano<br>REED SMITH LLP<br>355 South Grand Avenue, Suite 2900<br>Los Angeles, CA 90071<br>Attorneys for Defendant | |

☐ **(BY MAIL)** – I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail in Temecula, California.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Temecula, California, in the ordinary course of business. I am fully aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing an affidavit.

☐ **(BY FACSIMILE)** – I caused the above described document(s) to be transmitted to the offices of the interested parties at the facsimile number(s) indicated above and the activity report(s) generated by facsimile number (888) 819-8230 indicating on all pages that they were transmitted.

☐ **(BY PERSONAL SERVICE)** – I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

☐ **(STATE)** – I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **(FEDERAL)** – I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. **Via Electronic Service**: The above-described documents will be delivered electronically through the court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service.

Dated: 8-9-18             */s/ Jared M. Hartman*
                          Jared M. Hartman, Esq.