# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENDALL SCALLY, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DITECH FINANCIAL LLC.<br><br>Defendant. | Case No.: 3:16-cv-01992-WQH-WVG<br><br>**ORDER UPON JOINT MOTION TO DISMISS INDIVIDUAL CLAIMS WITH PREJUDICE, PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE** |

**PLEASE TAKE NOTICE**, the Parties to this matter, Plaintiff KENDALL SCALLY ("Plaintiff") and Defendant DITECH FINANCIAL LLC ("Defendant"), have filed a joint motion to dismiss this matter. The Parties have indicated that the individual claims filed are to be dismissed WITH prejudice, and the putative class claims are to be dismissed WITHOUT prejudice, and that each Party is to bear its own costs and fees.

For good cause shown, the Parties' motion is GRANTED.

IT IS SO ORDERED.

Dated: August 10, 2018

Hon. William Q. Hayes
United States District Court